**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-7195**

_____

DAVID HOWELL,

Plaintiff – Appellant,

v.

OFFICER C. L. BOOYER; CUMBERLAND COUNTY SHERIFF'S
DEPARTMENT,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Louise W. Flanagan,
Chief District Judge. (5:09-ct-03043-FL)

_____

Submitted:  March 17, 2011          Decided:  April 1, 2011

_____

Before MOTZ and WYNN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

David Howell, Appellant Pro Se. Ronnie Monroe Mitchell,
MITCHELL, BREWER, RICHARDSON, ADAMS, BURGE & BOUGHMAN,
Fayetteville, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Howell appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Howell v. Booyer, No. 5:09-ct-03043-FL (E.D.N.C. Aug. 16, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED